IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
|---|---|---|
| | : | |
| **JOSEPH D. SCHMIDT** | : | Case No.   **23-21881-GLT** |
| | : | |
| Debtor | : | Doc No. |

## EMPLOYEE INCOME RECORD

| Date | 4/1/2023 | 5/1/2023 | 6/1/2023 | 7/1/2023 | 8/1/2023 | 9/1/2023 |
|---|---|---|---|---|---|---|
| Husband's Take Home | $4,050.00 | $4,050.00 | $4,050.00 | $4,050.00 | $4,050.00 | $4,050.00 |
| Wife's Take Home | $1,458.00 | $1,458.00 | $1,458.00 | $1,458.00 | $1,458.00 | $1,458.00 |
| Total | $5,508.00 | $5,508.00 | $5,508.00 | $5,508.00 | $5,508.00 | $5,508.00 |

DATED:   10/1/2023

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**

1100 Penn Center Blvd., #704
Pittsburgh, PA 15235

Tele: (412) 613-2133
Pa. I.D. No. 39414
E-Mail: m.s.geisler@att.net