IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **Joseph D. Schmidt** | : : : : : : : : : : : : : : : | Bankruptcy No. **23-21881-GLT** Chapter **13** Related to Document No. |
| Debtor | | |
| **Joseph D. Schmidt** | | |
| Movant | | |
| v. | | |
| No Respondent | | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,  **Michael S. Geisler, Esquire**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Michael S. Geisler, Esquire**
Signature
**Michael S. Geisler, Esquire**
Typed Name
**Attorney-at-Law**
**1100 Penn Center Blvd., #704**
**Pittsburgh, PA 15235**
Address
**(412) 613-2133 Fax:(412) 774-0575**
Phone No.
**Pa I.D. No. 39414 PA**
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

Best Buy
c/o Best Buy Credit Services
P.O. Box 790441
Saint Louis, MO 63179

Franklin Twp Mun Sanitary Authority
3001 Meadowbrook Road
Murrysville, PA 15668

Geraldine M. Linn, Esquire
KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106

JP Morgan Chase Bank
c/o National Bankruptcy Center
P.O. Box 9013
Addison, TX 75001

Lakeview Loan Servicing, LLC
4425 Ponce De Leon Blvd.
Mail Stop MS5/251
Miami, FL 33146

Macy's
Dept. Store National Bank
Bankruptcy Dept.
P.O. Box 8053
Mason, OH 45040-8053

Peoples Natural Gas Company, LLC.
c/o Jeffrey R. Hunt, Esquire
GRB Law
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219

Republic Services
234 Landfill Road
Scottdale, PA 15683-7742

ScoreRewards Credit Card
P.O. Box 669808
Dallas, TX 75266-0752

West Penn Power
76 South Main Street
Akron, OH 44308-1890