UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Joseph Schmidt                         CHAPTER: 13
2977 Hills Church RD               CASE NUMBER: 23-21881
Export, PA 15632                  CLAIM AMOUNT: $154.41

Debtors.
_____

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 11/13/2023, in the amount of $154.41.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 14th day of December, 2023.

                                               Jefferson Capital Systems LLC

                                               By: /s/ Nancy Mehrenberg
                                               Nancy Mehrenberg    Bankruptcy Specialist

                                               Jefferson Capital Systems, LLC
                                               200 14th Avenue E
                                               Sartell, MN 56377
                                               (800) 928-7314

**CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Joseph Schmidt<br>2977 Hills Church RD<br>Export, PA 15632 |
| Debtor's Attorney: | Michael Geisler<br>1100 Penn Center Blvd<br>Pittsburgh, PA 15235 |
| Chapter 13 Trustee: | OFFICE OF THE UNITED STATES TRUSTEE<br>1001 LIBERTY AVENUE, SUITE 970<br>PITTSBURGH,, PA 15222 |

by submitting electronically with the court.

This 14th day of December, 2023.

Jefferson Capital Systems LLC

By: /s/ Nancy Mehrenberg
Nancy Mehrenberg   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314