Case 23-21881-GLT    Doc 45    Filed 02/14/24    Entered 02/14/24 14:51:32    Desc Main
Document      Page 1 of 1
FILED
2/14/24 12:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-21881-GLT |
| | : | Chapter: | 13 |
| Joseph D. Schmidt | : | | |
| | : | | |
| | : | Date: | 2/14/2024 |
| *Debtor(s).* | : | Time: | 09:00 |

## PROCEEDING MEMO

**MATTER:**   #19 - Contested Confirmation of Plan Dated 10/1/2024 [NFC]

[# 42 Conciliation hearing held. Contested Confirmation Hearing requested - Lack of payments. From 1/25/2024 conciliation conference. No payments in this case in 4 months]

**APPEARANCES**:
  Debtor:    Michael S. Geisler
  Trustee:   Kate DeSimone

**NOTES:**   [9:05]

DeSimone: Seeking dismissal at this time.

Geisler: No defense.

**OUTCOME:**

1) For the reasons stated on the record, confirmation of the chapter 13 plan dated October 1, 2023 [Dkt. No. 19] is DENIED and case dismissed without prejudice. [DB to enter form dismissal].

**DATED:** 2/14/2024